David R. Kott , Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
(973) 639-2056
(973) 624-7070 FAX

John A. Crawford, Jr., Esq. (*pro hac vice to be requested*)
**BUTLER SNOW LLP**
Renaissance at Colony Park, Suite 1400
1020 Highland Colony Park
P.O. Box 6010
Ridgeland, MS 39158-6010

Attorneys for Plaintiffs
*American Addiction Centers, Inc.
and Recovery Brands, LLC*

|  |  |
|---|---|
| AMERICAN ADDICTION CENTERS, INC. and RECOVERY BRANDS, LLC,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRANK L. GREENAGEL II, GREENAGEL COUNSELING SERVICES, LLC and ANDREW WALSH,<br><br>　　　　　　　　　　　　Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:18-cv-17428<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF AMERICAN ADDICTION CENTERS, INC. AND RECOVERY BRANDS, LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Plaintiff Recovery Brands, LLC is a wholly-owned subsidiary of Plaintiff American Addiction Centers, Inc. Plaintiff American Addiction Centers, Inc. in turn is a wholly-owned subsidiary of AAC Holdings, Inc., which is publicly traded on the New York Stock Exchange (NYSE: AAC).

McCARTER & ENGLISH, LLP
Attorneys for Plaintiffs
*American Addiction Centers, Inc.
and Recovery Brands, LLC*

By: /s/ David R. Kott
David R. Kott
A Member of the Firm

Dated: December 20, 2018
ME1 28871698v.1